**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **Y'MINE McCLANAHAN,** | * | **CIVIL ACTION NO.: 3:25-cv-00328** |
| *Plaintiff,* | * | |
| **VERSUS** | * | **JUDGE: BRIAN A. JACKSON** |
| | * | |
| **STAB'S PRIME LLC D/B/A STAB'S PRIME STEAK AND SEAFOOD, DOE DEFENDANTS 1-10,** | * | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |
| | * | |
| *Defendants.* | * | |

## *EX PARTE* MOTION FOR LEAVE TO FILE EVIDENCE CONVENTIONALLY

Defendant, Stab's Prime LLC ("Stab's Prime") respectfully moves this Court for an Order permitting the submission of an audio file and three videos conventionally, as opposed to using the Court's CM/ECF system. The evidence Stab's Prime wishes to file are attached to its motion for summary judgment as follows:

- ❖ **Exhibit E-1** – Recorded Statement of Jenetta Hills
- ❖ **Exhibit G –** Stab's Prime Security Footage No. 1
- ❖ **Exhibit H –** Stab's Prime Security Footage No. 2
- ❖ **Exhibit F** – Y'Mine McClanahan's Cell Phone Footage

Stab's Prime submits that the Court cannot currently receive attachments electronically in any format other than Portable Document Format (PDF) and that the evidence it seeks to submit conventionally cannot be converted to PDF. Stab's Prime will hand deliver a USB containing the three exhibits to chambers and has served a copy of the audio and video files on Plaintiff Y'Mine McClanahan separate from the Court's CM/ECF system.

**WHEREFORE**, Defendant, Stab's Prime LLC respectfully requests that this Court grant this *Ex Parte* Motion for Leave to File Evidence Conventionally and that Exhibits E-1, G, H, and F to Stab's Prime's Motion for Summary Judgment be accepted in their original format.

Respectfully submitted:

**ADAMS & REESE, LLP**

*/s/ Hunter J. Schoen*
**HUNTER J. SCHOEN (#37862)**
**TAYLOR M. LEDUFF (#39253)**
450 Laurel Street, Suite 1900
Baton Rouge, Louisiana 70801
Telephone: (225) 336-5200
hunter.schoen@arlaw.com
taylor.leduff@arlaw.com
***Counsel for Stab's Prime LLC D/B/A Stab's Prime Steak and Seafood***