**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **Y'MINE McCLANAHAN,** | * | |
| *Plaintiff,* | * | **CIVIL ACTION NO.: 3:25-cv-00328** |
| | * | |
| **VERSUS** | * | **JUDGE: BRIAN A. JACKSON** |
| | * | |
| **STAB'S PRIME LLC D/B/A STAB'S PRIME STEAK AND SEAFOOD, DOE DEFENDANTS 1-10,** | * | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |
| | * | |
| *Defendants.* | * | |

**DEFENDANT STAB'S PRIME, LLC'S**
**_EX PARTE_ MOTION FOR LEAVE TO SUBSTITUTE DECLARATION**

Defendant Stab's Prime, LLC respectfully moves this Court for leave to substitute the attached Declaration of Jenetta Hills in place of Ms. Hills's previous Declaration (R. Doc. 21-6) that is attached as Exhibit E to Stab's Prime's Motion for Summary Judgment (R. Doc. 21).  Stab's Prime contends that the original Declaration and its contents are competent summary judgment evidence, and Plaintiff Y'Mine McClanahan did not object to the original Declaration (R. Doc. 21-6) on any basis in her opposition to the Motion for Summary Judgment.  However, out of an abundance of caution, Stab's Prime submits the new Declaration to the extent the Court questions whether it may consider its contents. This substitution is merely a procedural matter as the substantive contents of the Declaration are the same, and there is no new evidence (or information otherwise) being offered in the new Declaration.  In particular, the contents of Ms. Hills's audio recording are now incorporated into the Declaration itself, in addition to being incorporated by reference to the actual recording and its transcript. For clarity, this Motion does not seek to substitute Exhibits E-1 and E-2 that are attached to the original Declaration as those remain the same.

**WHEREFORE**, Defendant Stab's Prime, LLC respectfully requests that this Court grant this motion for leave and substitute the Declaration of Jenetta Hills attached hereto, in place of the Ms. Hills's Declaration attached to Stab's Prime's Motion for Summary Judgment as R. Doc. 21-6.

Respectfully submitted:

**ADAMS & REESE, LLP**

*/s/ Hunter J. Schoen*
**HUNTER J. SCHOEN (#37862)**
**TAYLOR M. LEDUFF (#39253)**
450 Laurel Street, Suite 1900
Baton Rouge, Louisiana 70801
Telephone: (225) 336-5200
hunter.schoen@arlaw.com
taylor.leduff@arlaw.com
*Counsel for Stab's Prime LLC D/B/A Stab's Prime Steak and Seafood*

2