**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Y'MINE McCLANAHAN,

      *Plaintiff*,

VERSUS

STAB'S PRIME LLC D/B/A STAB'S
PRIME STEAK AND SEAFOOD, DOE
DEFENDANTS 1-10,

      *Defendants*.

\*    **CIVIL ACTION NO.: 3:25-cv-00328**

\*

\*

\*    **JUDGE: BRIAN A. JACKSON**

\*

\*

\*    **MAGISTRATE JUDGE:**
      **ERIN WILDER-DOOMES**

\*

\*

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to Substitute Declaration filed by Defendant, Stab's Prime, LLC;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Declaration of Jenetta Hills attached to the motion for leave be and is hereby substituted in place of the original Declaration of Jenetta Hills attached as Exhibit E (R. Doc. 21-6) to Stab's Prime's Motion for Summary Judgment (R. Doc. 21). Exhibits E-1 and E-2 shall remain in the record as currently filed.

Signed this ____ day of _____, 2026 in Baton Rouge, Louisiana.

_____
JUDGE

3