**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **Y'MINE McCLANAHAN,** | * | |
| | | **CIVIL ACTION NO.: 3:25-cv-00328** |
| *Plaintiff*, | * | |
| | * | |
| **VERSUS** | | **JUDGE: BRIAN A. JACKSON** |
| | * | |
| **STAB'S PRIME LLC D/B/A STAB'S** | * | |
| **PRIME STEAK AND SEAFOOD, DOE** | | **MAGISTRATE JUDGE:** |
| **DEFENDANTS 1-10,** | * | **ERIN WILDER-DOOMES** |
| | * | |
| *Defendants*. | * | |

**DECLARATION OF JENETTA HILLS**

1. My name is Jenetta Hills, and I am over the age of majority.

2. I am duly qualified, competent, and authorized to make this declaration, the facts of which are within my personal knowledge and are true and correct.

3. I am an employee at the Louisiana Department of Children & Family Services.

4. On July 23, 2024, I went to Stab's Prime Steak and Seafood in Baton Rouge, LA for lunch with two other DCFS employees, Loreka Williams and Fredericka Orange.

5. I saw Plaintiff Y'Mine McClanahan in the Stab's Prime parking lot before we went into the restaurant.

6. I immediately noticed that she was inappropriately dressed for the restaurant and could see that her breasts were hanging out at the top.

7. I also witnessed a portion of Ms. McClanahan's interactions with the Stab's Prime employees when I entered the restaurant, including Ms. McClanahan acting belligerently and inappropriate manner and the employees telling her in a polite and professional manner that they could not seat her due to what she was wearing.

8.  Ms. Williams, Ms. Orange, and I were seated in the bar area during Ms. McClanahan's interaction with the employees, and we enjoyed our lunch.

9.  I met with Hunter Schoen of Adams & Reese, LLP on November 10, 2024 and provided a recorded statement of what I observed on July 23, 2024.

10. The audio recording is attached to this Declaration, and its contents are a true and correct copy of what I told Mr. Schoen about the alleged incident that occurred on July 23, 2024.

11. A transcript of the audio recording is also attached to this Declaration, and the transcript accurately reflects the contents of the audio recording.

12. Out of an abundance of caution, I am restating what I told Hunter J. Schoen of Adams & Reese, LLP on November 10, 2024 under the penalty of perjury and to verify that the facts are true and correct to the extent that is not clear from my previous sworn declaration:

    a.  I was at Stab's Prime on July 23, 2024.

    b.  On that day, I pulled into a parking lot, myself and two colleagues of mine. We went there for lunch on our lunch break.

    c.  As I pulled into a parking spot, I saw a black female that was inappropriately dressed to me.

    d.  She had a tube top on with her belly out in the front. Her back was out in the back.

    e.  She had a skirt on, but the skirt wasn't pulled up. The skirt was kind of low.

    f.  Her breasts were hanging out at the top, and she was outside, had her phone in her hand.

    g.  It looked like she could have been maybe FaceTiming someone or looking in the phone, dancing, doing a video.

    h.  We got out of the vehicle. She went into the restaurant before we did.

2

i.   So right after she went in, we got out of the vehicle, which was my vehicle.

j.   As we went into the restaurant, she was in there arguing with, I'm assuming it was the manager and another lady that was behind the cash register.

k.   She was very belligerent. If you ask me, it was just inappropriately the things that she was saying.

l.   She said that she was a member of the NAACP, and the manager was real nice to her, and they were very calm speaking with her.

m.   She told her that they couldn't let her in because she was inappropriately dressed, and she said, why?

n.   She said, what is wrong with what I have on? She said, your clothes are revealing, which they were revealing.

o.   Like I said, the top of her breasts were out. She had a tube top on. Her stomach was out.

p.   She tried to pull the skirt up, but because she's a heavyset lady, her belly still was showing. Her breasts were still hanging.

q.   She then called someone on the phone and said they wouldn't let her in the restaurant to eat, so they were going to go to J. Alexander's to eat.

r.   So she told that person, well, I'm leaving here now, and I'll see you there in a few.

s.   She hung the phone up with whomever she was speaking with, and she began to argue with the manager again.

t.   The manager told her, she said many times, at least four times, that I'm very sorry, but we can't seat you at this time. You are inappropriately dressed. The lady said, what's wrong with what I have on?

u. She said, you have people in here that are probably not dressed like I am, but I'm sure it's inappropriately dressed.

v. The manager again told her, she said, ma'am, I'm sorry, we can't let you in, so the lady left.

w. I've been to Stab's many times. In fact, I've had two birthday brunches at Stab's.

x. Very friendly, very nice atmosphere. I don't find that anyone in there is racist.

y. In fact, that day, we actually laughed and joked with the waitress that we had.

z. It's always friendly there, whether I'm sitting at the bar or at the table. I enjoy going to Stab's.

aa. When we pulled into the parking lot for lunch that day, I thought I was the only one who noticed her when we pulled into the parking lot.

bb. My two colleagues were like, what? I said, oh my gosh, do y'all see that? And they were like, yes.

cc. I said, where is she going? She shouldn't be going in Stab's like that. And my colleagues were like, no. In fact, one of my colleagues were like, they're not going to let her in.

dd. I said, wow. But yes, it was just very inappropriate to be going to that type of restaurant.

ee. My colleagues were Lorkea Williams and Fredericka Orange, and they can attest to what I witnessed on July 23, 2024 and what I told Mr. Schoen on November 10, 2024.

ff. After the incident, I received a screenshot text message from a friend of mine and she said, is this what you were talking about? And I said, yes. I said, wow.

4

gg. And the young lady, she painted a very, very negative response in regards to Stab's on how she was treated.

hh. I think she was treated fairly, and I don't know her.

ii. If she would have spoke to me that day while arguing, I would have spoke to her.

jj. I didn't have anything against her.

kk. Never met her before a day in my life, but she should have just left because I wouldn't have never went to a restaurant dressed like that. I mean, a steakhouse?

ll. No, I wouldn't have went to a restaurant dressed like that at all.

mm.The manager was very, very polite. The colleague behind the case register, she, in fact, looked a little nervous. She looked very timid.

nn. I don't know if she thought the young lady was going to do something to her, but she did look nervous and she was very professional and real nice to her. I don't think they handled the situation wrong at all. I think they handled it very professionally.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.*

Executed on __5/18/2026__.

DocuSigned by:

0B943004807D4C6...

**JENETTA HILLS**

5