**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **Y'MINE McCLANAHAN,** *Plaintiff,* | * | **CIVIL ACTION NO.: 3:25-cv-00328** |
| **VERSUS** | * | **JUDGE: BRIAN A. JACKSON** |
| **STAB'S PRIME LLC D/B/A STAB'S PRIME STEAK AND SEAFOOD, DOE DEFENDANTS 1-10,** *Defendants.* | * | **MAGISTRATE JUDGE: ERIN WILDER-DOOMES** |

## *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW COMES** Defendant Stab's Prime, LLC and moves this Court for an Order allowing Elizabeth A. Roussel (La. Bar #27943) of Adams & Reese, LLP, 701 Poydras Street, Ste. 4500, New Orleans, Louisiana 70139 to enroll as additional counsel of record for Stab's Prime. Mrs. Roussel is an attorney in good standing and admitted to the bar in this state and to practice before this Court. Current counsel for Stab's Prime will remain enrolled in the case.

**WHEREFORE**, Defendant Stab's Prime, LLC prays that attorney Elizabeth A. Roussel of Adams & Reese, LLP be enrolled as additional counsel of record.

Respectfully submitted:

**ADAMS & REESE, LLP**

*/s/ Hunter J. Schoen*
**HUNTER J. SCHOEN (#37862)**
**TAYLOR M. LEDUFF (#39253)**
450 Laurel Street, Suite 1900
Baton Rouge, Louisiana 70801
Telephone: (225) 336-5200
hunter.schoen@arlaw.com
taylor.leduff@arlaw.com
***Counsel for Stab's Prime LLC D/B/A Stab's Prime Steak and Seafood***